UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | CASE NO. 12-32101 |
| CHRISTOPHER S. PADUCH, | ) | CHAPTER 7 |
| DEBTOR | ) | October 12, 2021 |

DEBTOR'S MOTION TO REOPEN CASE TO AMEND SCHEDULES AND TO FILE A MOTION TO AVOID JUDICIAL LIENS PURSUANT TO SECTION 522(f)

Christopher S. Paduch (the "Debtor"), by and through his undersigned counsel, hereby request an Order of this Court Reopening Case to amend schedules and to file a motion to avoid judicial liens in this case. In support of this Motion, the Debtor represents as follows:

1. On September 17, 2012, the Debtor through his counsel, Charles A. Eggert, Jr., Esq., filed a Voluntary Petition (ECF No. 1) pursuant to Chapter 7 under Title 11 of the United States Code (the Bankruptcy Code).

2. The Section 341 Meeting was held on October 26, 2012.

3. The Trustee filed her Chapter 7 Trustee's Report of No Distribution on October 29, 2012.

4. The Debtor's Order Discharging Debtor was signed on January 8, 2013.

5. The Debtor is attempting to sell the real estate located at 5 Schulman Veslak Road, East Haddam, Connecticut.

6. After a title search was completed, the Debtor was told there were two judgment liens placed on the property. A judgment lien was recorded by The Law Offices of Howard Lee Schiff, P.C. on behalf of Discover Bank, and a judgment lien was recorded by Solomon and Solomon, P.C. on behalf of Citibank (South Dakota), N.A. on the real property at 5 Schulman Veslak Road, East Haddam, Connecticut.

7. It is necessary for the case to be reopened so the Debtor can file his amended Schedule C to claim an exemption under Section 522(d)(1), amend Schedule D to list the subject judgment liens (listed in Schedule F of the Debtor's filed Petition), and his motion to avoid judicial liens pursuant to Section 522(f) in order for him to be able to sell the property.

**WHEREFORE,** the Debtor, Christopher S. Paduch, moves this Court to reopen his bankruptcy case to file an Amended Schedule C to claim an Exemption under Section 522(d)(1), an Amended Schedule D to list the judgment liens held by Discover Bank and Citibank (South Dakota), N.A, and file his motion to avoid judicial liens, together with any other ancillary matters, if any, that may be applicable with respect to this Motion to reopen.

Dated at New Haven, Connecticut this 14th day of October, 2021.

                                                       CHRISTOPHER S. PADUCH
                                                       DEBTOR

                                                       By___/s/Charles A Eggert, Jr.
                                                       Charles A. Eggert, Jr., Esq.
                                                       Debtor's Counsel
                                                       Charles A. Eggert, Jr., Esq. LLC
                                                       Nine Trumbull Street
                                                       New Haven, CT 06511
                                                       ct00754
                                                       Tel. No. (203)772-1044
                                                       caelaw@optonline.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | CASE NO. 12-32101 |
| CHRISTOPHER S. PADUCH, | ) | CHAPTER 7 |
| DEBTOR | ) | |

ORDER REOPENING CASE

Christopher S. Paduch (the "Movant"), having filed a Motion to Reopen Case to Amend Schedules and to File a Motion to Avoid Judicial Liens Pursuant to Section 522(f) through his counsel, after notice and a hearing, *see* 11 U.S.C.§102(1), it is hereby

ORDERED, that the motion to reopen case for the Debtor to amend his schedules to include judgment liens, and to file motion to avoid judicial liens pursuant to Section 522(f) is allowed upon entry of this order.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | CASE NO. 12-32101 |
| CHRISTOPHER S. PADUCH, | ) | CHAPTER 7 |
| DEBTOR | ) | |

CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the 14th day of October, 2021, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1) Documents Served:
    a. Debtor's Motion to Reopen Case to Amend Schedules and to File a Motion to Avoid Judicial Liens Pursuant to Section 522(f)
    b. Proposed Order Reopening Case

2) Parties Served Via First Class Mail:

1. **Alliance One Receivables Mgmt.**
   Attn: Bankruptcy Department
   P.O. Box 2449
   Gig Harbor, WA 98335-2449

2. **Asset Acceptance, LLC**
   Attn: Managing Member
   P.O. Box 1630
   Warren, MI 48090

3. **Associated Credit Services**
   Attn: President, CEO
   P.O. Box 9100
   Hopkinton, MA 01748-9100

4. **Bank of America**
   Attn: President, CEO
   CA6-919-01-41
   P.O. Box 5170
   Simi Valley, CA 93062-5170

5. **Bank of America**
   Attn: President, CEO
   P.O. Box 15726
   Wilmington, DE 19886-5726

6. **Bank of America**
   Attn: President, CEO
   P.O. Box 15026
   Wilmington, DE 19850-5026

7. **Bank of America**
   Attn: President, CEO
   1000 Samoset Drive
   Newark, DE 19713

8. **Bank of America/MBNA**
   Attn: President, CEO
   P.O. Box 15019
   Wilmington, DE 19886-5019

9. **Bankruptcy Processing**
   P.O. Box 8053
   Mason, OH 45040

10. **Best Buy**
    Attn: President, CEO
    HSBC Retail Card Services
    P.O. Box 17298
    Baltimore, MD 19886-5726

11. **Cavalry Portfolio Services**
    Attn: President, CEO
    P.O. Box 27288
    Tempe, AZ 85285

12. **Chase**
    Attn: President, CEO
    Cardmember Service
    P.O. Box 15325
    Wilmington, DE 19886-5325

**13. Chase**
Attn: President, CEO
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5325

**14. Chase**
Attn: President, CEO
P.O. Box 15298
Wilmington, DE 19850-5298

**15. Chase Bank USA**
Attn: President, CEO
800 Brooksedge Blvd.
Westerville, OH 43081

**16. Christopher S. Paduch**
5 Schulman Veselak Road
East Haddam, CT 06423

**17. Citi**
Attn: President, CEO
P.O. Box 660370
Dallas, TX 75266

**18. Citi**
Attn: President, CEO
P.O. Box 6404
Sioux Falls, SD 57117

**19. Citi Cards**
Attn: President, CEO
P.O. Box 183051
Columbus, OH 43218-3051

**20. Citi Cards**
Attn: President, CEO
Box 6500
Sioux Falls, SD 57117

**21. Citi/CITGO**
Attn: President, CEO
P.O. Box 183051
Columbus, OH 43218-3051

22. **Citibank**
    Attn: President, CEO
    701 East 60th Street North
    Sioux Falls, SD 57104

23. **Citibank**
    Attn: President, CEO
    P.O. Box 653091
    Dallas, TX 75265-3091

24. **Client Services, Inc.**
    Attn: President, CEO
    3451 Harry Truman Blvd.
    St. Charles, MO 63301-4047

25. **Cynthia Paduch**
    101 Main Street
    Meriden, CT 06451

26. **Discover Bank**
    Attn: Managing Member
    P.O. Box 3025
    6500 New Albany Road
    New Albany, OH

27. **Discover Financial Services LL**
    Attn: Managing Member
    P.O. Box 15251
    Wilmington, DE 19886-5251

28. **Exxon Mobil**
    Attn: President, CEO
    Credit Card Center
    P.O. Box 688940
    Des Moines, IA 50368-8940

29. **Exxon Mobil**
    Attn: President, CEO
    Processing Center
    Des Moines, IA 50361-0001

30. **FIA Card Services, N.A.**
    Attn: President, CEO
    655 Papermill Road
    Newark, NJ 19711

**31. GE Money Bank**
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

**32. GEMB/Old Navy**
Attn: President, CEO
P.O. Box 981400
El Paso, TX 79998

**33. Hertzmark Crean & Lahey, LLP**
Attorneys at Law
Attn: Managing Partner
76 Center Street
Waterbury, CT 06702

**34. Howard Lee Schiff PC**
Attn: President, CEO
P.O. Box 280245
East Hartford, CT 06108

**35. HSBC Retail Services**
Attn: President, CEO
P.O. Box 5244
Carol Stream, IL 60197-5244

**36. Internal Revenue Service**
Insolvency Unit
135 High Street, Stop 155
Hartford, CT 06103

**37. Kohl's**
Attn: President, CEO
P.O. Box 2983
Milwaukee, WI 53201-2983

**38. Kohls**
Attn: President, CEO
P.O. Box 3043
Milwaukee, WI 53201

**39. LTD Financial Services, L.P.**
Attn: Managing Partner
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

40. **Macy's**
    Attn: President, CEO
    P.O. Box 183083
    Columbus, OH 43218-3083

41. **Medconn Collection Agency**
    Attn: President, CEO
    P.O. Box 359
    Rocky Hill, CT 06067-0359

42. **Middlesex Memorial Hospital**
    Attn: President, CEO
    28 Crescent Street
    Middletown, CT 06457

43. **Midland Funding LLC**
    Attn: Managing Member
    8875 Aero Drive
    Suite 200
    San Diego, CA 92123

44. **MRS Associates, Inc.**
    Attn: President, CEO
    1930 Olney Avenue
    Cherry Hill, NJ 08003

45. **Nathanson Cipriano & Gambardella PC**
    Attn: President, CEO
    P.O. Box 5516
    Hartford, CT 06518

46. **NCO Financial Systems**
    Attn: President, CEO
    P.O. Box 15081
    Wilmington, DE 19850-5081

47. **NCO Financial Systems, Inc.**
    Attn: President, CEO
    P.O. Box 15630
    Dept. 15
    Wilmington, DE 19850

48. **New Jersey E-ZPass**
    Main Customer Service Center
    P.O. Box 52003
    Newark, NJ 07101-8203

49. **Old Navy**
    Attn: President, CEO
    P.O. Box 530942
    Atlanta, GA 30353-0942

50. **Professional Bureau of**
    Collections of Maryland, Inc.
    Attn: President, CEO
    P.O. Box 4157
    Greenwood Village, CO 80155

51. **Raymour & Flanagan/WFFNB**
    CSCL DSP TM MAC N8235-04M
    P.O. Box 14517
    Des Moines, IA 50306

52. **RBSNB**
    Attn: President, CEO
    1000 Lafayette Blvd.
    Bridgeport, CT 06604

53. **Redline Recovery Services, LLC**
    Attn: Managing Member
    11675 Rainwater Drive
    Suite 350
    Alpharetta, GA 30009-8693

54. **Retail Services**
    Attn: Bankruptcy Department
    P.O. Box 15521
    Wilmington, DE 19850-5521

55. **Robert S. Miller**
    State Marshal
    32 Elm Street
    New Haven, CT 06510

56. **Solomon and Solomon P.C.**
    Attn: President, CEO
    5 Columbia Circle
    Albany, NY 12203

57. **Town of East Haddam**
    P.O. Box K
    7 Main Street
    East Haddam, CT 06423

58. **Victoria's Secret**
    Attn: President, CEO
    P.O. Box 659728
    San Antonio, TX 78265-9728

59. **Wells Fargo Financial Bank**
    Attn: President, CEO
    P.O. Box 5943
    Sioux Falls, SD 57117-5943

60. **Wells Fargo Financial Bank**
    Attn: President, CEO
    P.O. Box 98791
    Las Vegas, NV 89193-8791

61. **WFNNB**
    Bankruptcy Department
    P.O. Box 182125
    Columbus, OH 43218-2125

Dated at New Haven, Connecticut this 14th day of October, 2021.

    /s/Charles A Eggert, Jr.
Charles A. Eggert, Jr., Esq.
Debtor's Counsel
Charles A. Eggert, Jr., Esq. LLC
Nine Trumbull Street
New Haven, CT 06511
ct00754
Tel. No. (203)772-1044
caelaw@optonline.net