UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In The Matter of | ) CASE NO.: 12-32101 |
| CHRISTOPHER S. PADUCH, | ) CHAPTER 7 |
| Debtor | ) |
| CHRISTOPHER S. PADUCH AND JILL PETERSON, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER S. PADUCH, DEBTOR | ) ) |
| Movants | ) |
| vs. | ) |
| DISCOVER BANK, CITIBANK (SOUTH DAKOTA), N.A., KARA S. RESCIA, TRUSTEE, AND U.S. TRUSTEE | ) APRIL 27, 2022 ) |
| Respondents | ) |

AMENDED CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the 27th day of April, 2022, the following documents were served on the U.S. Trustee, the Trustee, and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1) Documents Served:
    a. Debtor's Motion to Avoid Judicial Liens
    b. Exhibits A-G
    c. Order Granting Motion to Avoid Judicial Liens Pursuant to 11 U.S.C. § 522(f)
    d. Notice of Contested Matter Response Date

2) Parties Served Via First Class Mail:

   a. Citibank (South Dakota), N.A.
      Attn: President, CEO
      P.O. Box 653091
      Dallas, TX 75265-3091
      **Certified Mail 7004 0750 0002 4390 5356**

   b. Discover Bank
      Attn: President, CEO
      P.O. Box 3025
      6500 New Albany Road
      New Albany, OH 43054
      **Certified Mail 7004 0750 0002 4390 5363**

   c. Law Offices of Howard Lee Schiff, P.C.
      Attn: Stephen A. Wiener, Esq.
      P.O. Box 280245
      East Hartford, CT 06128

   d. Solomon and Solomon P.C.
      Attn: Julie B. Solomon
      P.O. Box 15019
      Albany, NY 12212-5019

   e. Jill Peterson, Administratrix of the
      Estate of Christopher S. Paduch, Debtor
      188 Injun Hollow Road
      Haddam Neck, CT 06424

   f. Cynthia Paduch
      101 Main Street
      Meriden, CT 06451

   g. Steven E. Mackey
      Staff Attorney
      Office of the United States Trustee
      The Giaimo Federal Building
      150 Court Street, Room 302
      New Haven, CT 06510

Dated in New Haven, Connecticut on this 27th day of April, 2022.

BY: /s/Charles A. Eggert, Jr.
Charles A. Eggert, Jr., Esq;
Charles A. Eggert, Jr., Esq., LLC
Nine Trumbull Street
New Haven, CT 06511
Tel. No.: (203)772-1044
Fax:     (203)865-0869
Email: caelaw@optonline.net
Fed. Bar No.: ct00754